IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DETONIO HAWKINS**                                                                     **PLAINTIFF**

v.                              **CASE NO. 2:24-CV-00016-BSM**

**JOHN DEXTER**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of October, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE